# IN THE UNITED STATES DISTRICT COURT

## For The

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>EBEN TSAPIS,<br><br>                Defendant. | Case No. 1:19-cr-105-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

        **Convicted of:**        21 U.S.C. § 844(a)

        **Sentence Date:**        July 1, 2019

        **Review Hearing Date:** June 4, 2020

        **Probation Expires On:** July 1, 2021

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1,000 which Total Amount is made up of a Fine: $ 1,000 Special Assessment: $ 25 Processing Fee: $ Choose an item. Restitution: $

☐     Payment schedule of $      per month by the      of each month.

☒     **Community Service hours Imposed of:** 50

☒     **Other Conditions:** 3 days custody (time-served); not unlawfully possess a controlled substance, including marijuana.

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                                 Amount:

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☐     Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/4/2020 at 10:00 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/19/2020          REED GRANTHAM
                                 DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that defendant's status review hearing be continued to June 3, 2021 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to the review hearing. Defendant is ordered to appear on June 3, 2021 at 10:00 a.m. in Courtroom Number 9.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 19, 2020**                              UNITED STATES MAGISTRATE JUDGE