# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-105-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S FIRST AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
| EBEN TSAPIS, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**     21 U.S.C. § 844(a)

**Sentence Date:**     July 1, 2019

**Review Hearing Date:** June 3, 2021

**Probation Expires On:** July 1, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:**  $1,000 which Total Amount is made up of a Fine: $ 1,000 Special Assessment: $ 25 Processing Fee: $ Choose an item. Restitution: $

☐     Payment schedule of $         per month by the         of each month.

☒     **Community Service hours Imposed of:**  50

☒     **Other Conditions:**  3 days custody (time-served); not unlawfully possess a controlled substance, including marijuana.

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

     **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

          If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
     ☐ If not paid in full when was last time payment:          Date: Click here to enter a date.
                              Amount:

☐     To date, Defendant has performed Click here to enter text.  hours of community service.

☐     Compliance with Other Conditions of Probation:

<u>***GOVERNMENT POSITION:***</u>

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

      Government Attorney:  Laurel Montoya

<u>***DEFENDANT'S REQUEST (OPTIONAL):***</u>

      In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 6/3/2021 at 10:00 am

      ☐      be continued to Click here to enter a date. at 10:00 a.m.; or

      ☒      be vacated, and that the term of unsupervised probation be terminated.

☐      that Defendant's  appearance for the review hearing be waived.


DATED:  5/27/2021                  <u>REED GRANTHAM         </u>
                                        DEFENDANT'S COUNSEL

# O R D E R

      The Court having considered the defendant's request,

      **IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing be vacated.

☐      DENIED.


IT IS SO ORDERED.

Dated:   **June 1, 2021**            <u>                          </u>
                                    UNITED STATES MAGISTRATE JUDGE